# UNITED STATES DISTRICT COURT
## ---------- DISTRICT OF MARYLAND ----------

### APPEARANCE

UNITED STATES OF AMERICA

v.   CASE NO. : 11-0635-SKG
     (FGGM)

RICHARD M. FOWLER

\* \* \* \* \* \*

#### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Richard M. Fowler. I certify that I am admitted to practice in this court.

03/10/11
Date

CARRIE HOWIE CORCORAN (#14136)
Assistant Federal Public Defender
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland  21201
(410) 962-3962 (p)
(410) 962-0872 (f)
Email: carrie_corcoran@fd.org