# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, 9ᵗʰ FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

CARRIE HOWIE CORCORAN
ASSISTANT FEDERAL PUBLIC DEFENDER

May 17, 2011

The Honorable Stephanie Gallagher
United States Magistrate Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

RECEIVED IN THE CHAMBERS OF
STEPHANIE A. GALLAGHER

MAY 19 2011

UNITED STATES MAGISTRATE JUDGE

Re:   United States v. Richard Fowler
      Mag. No. 11-0635 SKG

Dear Judge Gallagher:

The above-referenced case is on the Ft. Meade trial docket for May 27, 201  The parties believe that additional time may enable us to resolve the matter without the nee  for a trial. Accordingly, I request that this case be continued to the Ft. Meade trial docket  heduled for Thursday, July 7, 2011, at 11:00 a.m. Special Assistant United States Attorney S. rek Shugert does not oppose this request.

Thank you.

Sincerely,

Carrie Howie Corcoran
Assistant Federal Public Defender

granted
5/19/2011

cc:   SAUSA S. Derek Shugert
      Cornel Lunkin

c/m  5/19/11 - c.l.