# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

CARRIE HOWIE CORCORAN
ASSISTANT FEDERAL PUBLIC DEFENDER

May 17, 2011

The Honorable Stephanie Gallagher
United States Magistrate Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

**RECEIVED IN THE CHAMBERS OF STEPHANIE A. GALLAGHER**

**MAY 19 2011**

**UNITED STATES MAGISTRATE JUDGE**

Re: <u>United States v. Richard Fowler</u>
Mag. No. 11-0635 SKG

Dear Judge Gallagher:

The above-referenced case is on the Ft. Meade trial docket for May 27, 201_. The parties believe that additional time may enable us to resolve the matter without the nee_ for a trial. Accordingly, I request that this case be continued to the Ft. Meade trial docket _heduled for Thursday, July 7, 2011, at 11:00 a.m. Special Assistant United States Attorney S. _rek Shugert does not oppose this request.

Thank you.

Sincerely,

Carrie Howie Corcoran
Assistant Federal Public Defender

*[Handwritten: Granted 5/19/2011 Stephanie Gallagher USMJ]*

cc:  SAUSA S. Derek Shugert
     Cornel Lunkin

*[Handwritten: c/m 5/19/11 - c.L.]*