# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

CARRIE HOWIE CORCORAN
ASSISTANT FEDERAL PUBLIC DEFENDER

**HAND DELIVERED**

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

JUL  6 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

June 30, 2011

The Honorable Beth P. Gesner
United States Magistrate Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:     United States v. Richard Fowler
        Mag. No. 11-0635 SKG

Dear Judge Gesner:

The above-referenced case is on the Ft. Meade trial docket for Thursday, July 7, 2011.  I write to request that the matter be rescheduled to the Ft. Meade trial docket on Friday, September 9, 2011, at 11:00 a.m.  The parties believe that additional time may enable us to resolve the case without the need for a trial.  Special Assistant United States Attorney Derek Shugert does not oppose this request.

Thank you.

Sincerely,

Carrie Howie Corcoran
Assistant Federal Public Defender

cc:    Capt. S. Derek Shugert, SAUSA
       Cornel Lunkin, Courtroom Deputy

Continuance
granted - to
9-9-11.

Beth Gesner
USDMJ
7-6-11

c/m 7/7/11 - c.c.