# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

**JAMES WYDA**
FEDERAL PUBLIC DEFENDER

**CARRIE HOWIE CORCORAN**
ASSISTANT FEDERAL PUBLIC DEFENDER

**HAND DELIVERED**

_____FILED  _____ENTERED
_____LODGED _____RECEIVED

JUL 6 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

June 30, 2011

The Honorable Beth P. Gesner
United States Magistrate Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   United States v. Richard Fowler
      Mag. No. 11-0635 SKG

Dear Judge Gesner:

The above-referenced case is on the Ft. Meade trial docket for Thursday, July 7, 2011. I write to request that the matter be rescheduled to the Ft. Meade trial docket on Friday, September 9, 2011, at 11:00 a.m. The parties believe that additional time may enable us to resolve the case without the need for a trial. Special Assistant United States Attorney Derek Shugert does not oppose this request.

Thank you.

Sincerely,

Carrie Howie Corcoran
Assistant Federal Public Defender

cc:   Capt. S. Derek Shugert, SAUSA
      Cornel Lunkin, Courtroom Deputy

*Continuance granted - to 9-9-11.*

*[signature]*
*USMJ*
*7-6-11*

*C/M 7/7/11 - c.c.*