**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

**JAMES WYDA**
FEDERAL PUBLIC DEFENDER

**CARRIE HOWIE CORCORAN**
ASSISTANT FEDERAL PUBLIC DEFENDER

HAND DELIVERED

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

SEP 9 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

September 9, 2011

The Honorable Susan K. Gauvey
United States Magistrate Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  United States v. Richard Fowler
     Mag. No. 11-0635 SKG

Dear Judge Gauvey:

The above-referenced case is scheduled for trial today. I write to request that the matter be postponed to the Ft. Meade docket scheduled for Friday, December 2, 2011, at 11:00 a.m. Additional time may enable the parties to resolve this case without the need for a trial. Special Assistant United States Attorney Megan McCarthy does not oppose this request.

Thank you.

Sincerely,

Carrie Howie Corcoran
Assistant Federal Public Defender

cc: Capt. Megan McCarthy, SAUSA
    Cornel Lunkin, Courtroom Deputy

*Motion granted this 9th day of September, 2011*

*Gauvey*
*USMJ*

c/o 9/9/11 - c.c.