IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 13 2011
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

United States of America  *

vs.  *   CITATION NO(S): 1829411/MD41

Richard M. Fowler  *   DOCKET NO. 11-0635-SKG

*

******

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| Driving on Suspended License §16-303 | Failure to Display DL §16-112(c) | 170 | 5 | 25 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | TOTAL DUE: $ | 200 |  |  |

Payment is due in full within ~~seven (7)~~ ninety (90) days unless otherwise approved. Make check or money order payable to: CLERK, U.S. DISTRICT COURT. Include citation (ticket) number on check or money order and also on outside of court-supplied envelope. Mail payment with Defendant's copy to: U.S. COURTS - CVB, P.O. BOX 70939, CHARLOTTE, NC 28272-0939. Or you may pay on-line at: www.cvb.uscourts.gov

____ Waive Initial Appearance        ____ Continue to Obtain License

____ Continue for Payment            ____ Continue to Retain Attorney

____ Set for Trial                   ____ New Court Date:_____
                                          AT:_____ A.M.

____ Dismissed by the Government

COMMENTS: _____

_[signature]_
**DEFENDANT**

_[signature]_
**ATTORNEY FOR DEFENDANT**

_[signature]_
Rule 702 Law Student (Daniel Eliezer)

_[signature]_
**ASSISTANT U.S. ATTORNEY**

12/2/11
**DATE**

12/2/11

U.S. District Court (Rev. 10/3/2005) Plea Agreement